

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-13-00301-CR

Ex Parte Christopher Ruben **ZAVALA**,
Appellant

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6759
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                  Karen Angelini, Justice
                  Sandee Bryan Marion, Justice
                  Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

The Court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED. The Appellant also filed an Emergency Motion to Extend Stay of Trial Court Proceedings and the motion is DENIED AS MOOT. Our appellate judgment does not take effect until the mandate is issued, at which time the stay of the trial court proceedings will expire. See Tex. R. App. P. 18.6.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court